### IN THE COURT OF COMMON PLEAS
### HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **EDEN FORD SACHS,** | ) | **CASE NO.  A 2004042** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE RUEHLMAN** |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL OF** |
| | ) | **CIVIL CASE TO FEDERAL COURT** |
| **BJ'S RESTAURANT & BREWHOUSE** | ) | |
| | ) | |
| **Defendant.** | ) | |

**TO THE HONORABLE JUDGE ROBERT RUEHLMAN:**

**PLESE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446, and 28 U.S.C. § 1332, Defendant BJ's Restaurant & Brewhouse, hereby notifies this Court that it has removed this action to the United States District Court for the Southern District of Ohio, Western Division at Cincinnati.  A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit 1.

This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

REMINGER CO., L.P.A.

/s/ Adair M. Smith
Adair M. Smith, Esq. (0095790)
525 Vine St., Suite 1500
Cincinnati, OH 45202
Tel:  (513) 721-1311; Fax: (513) 721-2553
Email:  amsmith@reminger.com

Matthew L. Schrader (0074230)
200 Civic Center Drive, Suite 800
Columbus, OH 43215
(614) 232-2631 (Telephone)
(614) 232-2410 (Facsimile)
Email: mschrader@reminger.com

***Counsel for Defendant, BJ's Restaurant & Brewhouse***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been filed electronically with the Court and also served by regular mail this 22nd day of December, 2020, upon the following:

Jeffrey T. Kenney
Melanie M. Lennon
305 West Nationwide Boulevard
Columbus, OH 43215
Email: jeffk@cooperelliott.com
Email: melaniel@cooperelliott.com
**Attorneys for Plaintiff**

/s/ Adair M. Smith
Adair M. Smith, Esq. (0095790)